modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and ROBSON, J., vote for reversal.

---

SMITH, Respondent, v. BROWN BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by John J. Smith against the Brown Bros. Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS and ROBSON, JJ., dissent.

---

SMITH et al., Appellants, v. HOLDEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by John A. Smith and others against Elmer A. Holden and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the evidence tending to show want of testamentary capacity was sufficient to present a question for the jury. See, also, 116 App. Div. 867, 102 N. Y. Supp. 366.

---

SMITH, Appellant, v. WEISS et al., Respondents (two cases). (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Actions by George G. Smith against Bertha Weiss and others. No opinion. Motion granted, with $10 costs.

---

In re SNYDER. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Henry B. Snyder. No opinion. Motion granted, with $10 costs. Order filed. See, also, 119 App. Div. 277, 104 N. Y. Supp. 571.

---

SOCIÉTÉ ANONYME, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the Société Anonyme against Jacques Kahn. A. K. Stricker, for appellant. C. A. Hausman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 112 N. Y. Supp. 830.

---

SODEKSON et al. v. MUTUAL BENEFIT LIFE INS. CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Bessie Sodekson and another against the Mutual Benefit Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 App. Div. 553, 111 N. Y. Supp. 877.

---

SOMMER, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Jacob Sommer against Robert H. E. Elliott. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SOMMER, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Jacob Sommer against Robert H. E. Elliott. No opinion. Motion denied.

---

SOUTH BROOKLYN REALTY CO., Appellant, v. CASPER IBA CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the South Brooklyn Realty Company against the Casper Iba Construction Company.

PER CURIAM. The commission paid by the plaintiff to the broker for procuring the contract which was broken by the defendant should have been included in the plaintiff's damages, for the reason that the parties had provided by their contract for the payment of such commissions. The commission paid the broker for negotiating a resale in anticipation of the performance of the contract was properly excluded as being too remote, for the reason that the parties could not reasonably be deemed to have contemplated that element of damage. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

---

In re SOUTHWESTERLY CORNER OF MACON ST. AND HOPKINSON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of acquiring title by the city of New York to certain lands and premises situated at the southwesterly corner of Macon street and Hopkinson avenue, etc., selected as a site for a public library. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re SPINELLI. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Antonio Spinelli. No opinion. Motion granted. Order filed.

---

SPINELLI, Appellant, v. JOHN H. PARKER CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Amino Spinelli, as administratrix, against the John H. Parker Company. T. J. O'Neill, for appellant. G. S. Petrasch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SQUIER, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Albert J. Squier against Walter J. Salomon. No opinion. Order affirmed on argument, with $10 costs and disbursements.

---

In re STAINTON. (Supreme Court, Appellate Division, First Department. May, 1908.) In the matter of Richard J. Stainton. No opinion. Reference ordered. Memorandum per curiam. Settle order on notice.

---

STARR, Respondent, v. KRANTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by James Starr against Herbert Krantz. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

STEELE, Appellant, v. GATES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Jennie F. Steele, as executor, etc., of

R. Frank Steele, against S. H. Gates and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent.

STEIN, Respondent, v. NOYES et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Silas W. Stein, doing business under the firm name of A. M. Stein & Co., against Leo Noyes and others. No opinion. Motion granted, with $10 costs, unless the appellants make and serve the case on appeal within 10 days and waive notice of argument for the next term of this court, in which event the motion is denied, without costs.

STERN v. MARCUSE et al. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Nettie Stern against Millard Marcuse and others. No opinion. Motion granted, without costs. See, also, 112 N. Y. Supp. 653.

STEVENS, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Julia Stevens against the Empire State Degree of Honor. No opinion. Judgment and order affirmed, with costs.

In re STOWELL. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of Ben Leroy Stowell for admission to the bar. No opinion. Application granted.

In re STRAIL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) In the matter of the appraisal of the estate of Polly Strail, deceased, under acts relating to taxable transfers.

PER CURIAM. Order affirmed, with costs. SPRING and WILLIAMS, JJ., dissent.

STRAIT, Respondent, v. PROTECTED HOME CIRCLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Cornelius W. Strait against the Protected Home Circle.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissents. SEWELL, J., not sitting.

STRASSER, Appellant, v. RICHTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Ernest E. Strasser against Annie Richter. No opinion. Order of the County Court of Westchester county affirmed by default, with $10 costs and disbursements.

STRAUS et al. v. AMERICAN PUB. ASS'N. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Isidor Straus and another against the American Publishing Association. No opinion. Motion granted and question certified. Order filed. See, also, 111 N. Y. Supp. 830.

SWEET, Appellant, v. SWEET et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by D. Bradley Sweet against Fannie O. Sweet, individually and as executrix, etc., and others. No opinion. Judgment and order affirmed, with costs.

SWEETING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by William Sweeting against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. See, also, 112 N. Y. Supp. 225.

In re KEENEY'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the appraisal under the act in relation to taxable transfers of property of the property of Susan A. Keeney, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.

TAYLOR, Appellant, v. HENDRICKSON, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by James E. Taylor against Howard B. Hendrickson. G. E. Miner, for appellant. L. M. Young, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMPSON, Respondent, v. STANDARD FASHION CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Cora D. Thompson against the Standard Fashion Company. J. B. Sheehan, for appellant. H. Nathan, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,500, in which event judgment, as so reduced, and order, affirmed without costs. Settle order on notice.

TOUMEY, Respondent, v. DE WITT, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Joseph Toumey against Thomas D. De Witt. J. J. Mahoney, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOWNSEND, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Lulu C. Townsend against Irving Townsend. No opinion. Order modified, on argument, by reducing the counsel fee to $250 and, as so modified, affirmed, without costs.

TROTTO, Respondent, v. BELLEW & MERRITT CO., Appellant. (Supreme Court, Appellate Division, Second Department. October